raymunddominguezpet

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB - 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAYMUND CLARK PANGANIBAN DOMINGUEZ, <br><br> Defendant. | MAGISTRATE CASE NO. 06-00003 <br><br> **PETITION FOR WRIT OF REMOVAL** |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On December 19, 2005, the United States Attorney's Office, for the Eastern District of Virginia filed a Complaint charging the defendant with Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073;

2. On December 19, 2005, U.S. Magistrate Judge Thomas Jones, Jr., U.S. District Court for the Eastern District of Virginia, issued a no bail warrant of arrest for the defendant to be brought to the Eastern District of Virginia to answer charges of the complaint. A copy of the complaint and warrant for arrest are attached and incorporated herein as Exhibit 1.

3. On February 6, 2006, the defendant was located at Manila, Philippines and was arrested. On February 9, 2006 the defendant arrived on Guam.

WHEREFORE, petitioner prays this Court to issue a writ of removal pursuant to Rule 5(c) for said defendant from the District of Guam to the Eastern District of Virginia.

DATED this 9th day of February 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

DEC 19 2005

UNITED STATES OF AMERICA

v.

Raymund Clark Panganiban Dominguez

## WARRANT FOR ARREST

CASE NUMBER: 1:05mj921

# COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Raymund Clark Panganiban Dominguez__
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Flight to Avoid Prosecution**

in violation of Title __18__ United States Code, Section(s) __1073__

Thomas Rawles Jones, Jr          United States Magistrate Judge
Name of Issuing Officer            Title of Issuing Officer

[signature]                        December 19, 2005, Alexandria, Virginia
Signature of Issuing Officer       Date and Location

Bail fixed at $ _____
                                   By _____
                                       Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
### EASTERN DISTRICT OF VIRGINIA

FILED DEC 19 2005

UNITED STATES OF AMERICA

V.

RAYMUND CLARK PANGANIBAN DOMINGUEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05 mj 921

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 2005__ in __Fairfax__ County, in the __Eastern__ District of __Virginia__ defendant(s) did, (Track Statutory Language of Offense)

with intent to avoid prosecution for oral sodomy, Va. Code Ann. § 18.2-67.1, and aggravated sexual battery, Va. Code Ann. 18.2-67.3, which are felonies under the laws of the Commonwealth of Virginia, did travel in interstate and foreign commerce, from Virginia to Japan and the Philippines.

In violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Deputy__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUSA- Morris R. Parker, Jr.

Sworn to before me and subscribed in my presence,

Signature of Complainant
Albert A. Duvall
Special Deputy
United States Marshals Service

December 19, 2005 at Alexandria, Virginia
Date                                        City and State

Thomas Rawles Jones, Jr., United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

February 22, 2005

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) ) | INDICTMENT FOR |
| vs. | ) ) | SODOMY |
| RAYMUND CLARK P. DOMINGUEZ | ) ) | |

The Grand Jurors of the Commonwealth of Virginia, in and for the body of the County of Fairfax, and now attending the said Court at its January Term, 2005, charges that: On or about the 7th day of April, 2004, in the County of Fairfax, Raymund Clark P. Dominguez did cause Matthew Hurley, a child less than thirteen (13) years of age, to engage in fellatio with Raymund Clark P. Dominguez.

Va. Code §18.2-67.1

A True Bill ✓

No True Bill

FOREMAN

Witnesses subpoenaed, sworn and available to testify before the Grand Jury:

Det. P. F. Charles, Fairfax County Police Dept.

VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

February 22, 2005

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA ) | INDICTMENT FOR AGGRAVATED |
| vs. ) | SEXUAL BATTERY |
| RAYMUND CLARK P. DOMINGUEZ ) | |

The Grand Jurors of the Commonwealth of Virginia, in and for the body of the County of Fairfax, and now attending the said Court at its January Term, 2005, charges that: On or about the 12th day of April, 2004, in the County of Fairfax, Raymund Clark P. Dominguez, did unlawfully and feloniously sexually abuse Matthew Hurley, a child under the age of thirteen (13) years, by intentionally touching his intimate parts or material covering such intimate parts.

Va. Code §18.2-67.3

A True Bill ✓

No True Bill

FOREMAN

Witnesses subpoenaed, sworn and
available to testify before the
Grand Jury:

Det. P. F. Charles, Fairfax County Police Dept.

VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

February 22, 2005

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA ) | INDICTMENT FOR AGGRAVATED |
| vs. ) | SEXUAL BATTERY |
| RAYMUND CLARK P. DOMINGUEZ ) | |

The Grand Jurors of the Commonwealth of Virginia, in and for the body of the County of Fairfax, and now attending the said Court at its January Term, 2005, charges that: On or about the 20th day of April, 2004, in the County of Fairfax, Raymund Clark P. Dominguez, did unlawfully and feloniously sexually abuse Matthew Hurley, a child under the age of thirteen (13) years, by intentionally touching his intimate parts or material covering such intimate parts.

Va. Code §18.2-67.3

A True Bill ✓

No True Bill ___

FOREMAN

Witnesses subpoenaed, sworn and
available to testify before the
Grand Jury:

Det. P. F. Charles, Fairfax County Police Dept.

VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

February 22, 2005

COMMONWEALTH OF VIRGINIA )
) INDICTMENT FOR AGGRAVATED
vs. )
) SEXUAL BATTERY
RAYMUND CLARK P. DOMINGUEZ )

The Grand Jurors of the Commonwealth of Virginia, in and for the body of the County of Fairfax, and now attending the said Court at its January Term, 2005, charges that: On or about the 6th day of May, 2004, in the County of Fairfax, Raymund Clark P. Dominguez, did unlawfully and feloniously sexually abuse Luke Hurley, a child under the age of thirteen (13) years, by intentionally touching his intimate parts or material covering such intimate parts.

Va. Code §18.2-67.3

A True Bill _____

No True Bill _____

_____
FOREMAN

Witnesses subpoenaed, sworn and
available to testify before the
Grand Jury:

Det. P. F. Charles, Fairfax County Police Dept.

VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

February 22, 2005

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA ) | INDICTMENT FOR AGGRAVATED |
| vs. ) | SEXUAL BATTERY |
| RAYMUND CLARK P. DOMINGUEZ ) | |

The Grand Jurors of the Commonwealth of Virginia, in and for the body of the County of Fairfax, and now attending the said Court at its January Term, 2005, charges that: On or about the 8th day of May, 2004, in the County of Fairfax, Raymund Clark P. Dominguez, did unlawfully and feloniously sexually abuse Luke Hurley, a child under the age of thirteen (13) years, by intentionally touching his intimate parts or material covering such intimate parts.

Va. Code §18.2-67.3

A True Bill _____

No True Bill _____

FOREMAN

Witnesses subpoenaed, sworn and
available to testify before the
Grand Jury:

Det. P. F. Charles, Fairfax County Police Dept.