
FILED
DISTRICT COURT OF GUAM
FEB - 9 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Raymund Clark Panganiban Dominguez,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00003<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 9th day of February, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM