ORIGINAL

dominguezdismiss

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00003 |
| Plaintiff. | ) |
| vs. | ) **STIPULATED MOTION TO DISMISS REMOVAL PROCEEDING** |
| RAYMUND CLARK PANGANIBAN DOMINGUEZ, | ) |
| Defendant. | ) |

On February 9, 2006, defendant, RAYMUND CLARK PANGANIBAN DOMINGUEZ, appeared in the Superior Court of Guam and a no bail local hold was put on him. He waived extradition and he will be turned over to Fairfax County, Virginia law enforcement officials for transport.

Since the matter has been disposed of locally, there is no further need for the federal petition for removal and a removal proceeding.

Therefore the parties move and stipulate that the federal removal proceeding be dismissed. The AUSA will contact the Eastern District of Virginia and request the dismissal of

//

//

the UFAP charge which will be then forwarded to the court where upon the petition for removal will be dismissed.

SO STIPULATED.

_2/14/06_
DATE

_(signature)_
ALEX MODABER
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_2-14-06_
DATE

_(signature)_
FREDERICK A. BLACK
Assistant U.S. Attorney