LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAYMUND CLARK PANGANIBAN DOMINGUEZ, <br><br> Defendant. | MAGISTRATE CASE NO. 06-00003 <br><br> **O R D E R** <br> re: February 15, 2006 <br> **Stipulated Motion to Dismiss Removal Proceeding** |

Through a stipulation to dismiss removal proceeding having come before this Honorable Court and the Court finding good cause for the issuance of the Order;

IT IS SO ORDERED that the removal proceeding presently set for February 15, 2006, is hereby vacated as moot. The Court shall thereafter dismiss the petition for removal upon receipt of a copy of the order of dismissal of the UFAP charges.

February 15, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL