raydominguezR5dismiss

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00003 |
| Plaintiff. | ) |
| vs. | ) **GOVERNMENT'S NOTICE** |
| | ) **RE: ORDER FOR DISMISSAL** |
| RAYMUND CLARK PANGANIBAN DOMINGUEZ, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and gives notice to the Court, that pursuant to the attached Order, on February 15, 2006, the United States District Court for the Eastern District of Virginia dismissed the complaint filed against defendant, RAYMUND CLARK PANGANIBAN DOMINGUEZ, under Criminal No. 1:05mj921.

Respectfully submitted this 16th day of February 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
FEB 15 2006

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:05mj921 |
| ) | |
| RAYMUND CLARK PANGANIBAN DOMINGUEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States to dismiss the criminal complaint, it is hereby

ORDERED, that the criminal complaint charging DOMINGUEZ with flight to avoid prosecution is dismissed.

_____
THOMAS RAWLES JONES, JR.
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia

Date: 2/15/06

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
    DEPUTY CLERK